# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRELL W. HARRIS, JR.

NO. 2024 KW 1304

**FEBRUARY 24, 2025**

---

In Re:     Darrell W. Harris, Jr., applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 230593.

---

BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.

**WRIT GRANTED.** The trial court is ordered to act on relator's motion to quash and motion to dismiss, filed on or about September 6, 2024, on or before March 21, 2025. A copy of the trial court's action shall be filed in this court on or before March 28, 2025.

**PMc**
**WIL**

**Balfour, J.,** dissents and would deny the writ application. The records of the West Baton Rouge Parish Clerk of Court's Office reflect the district court is proceeding toward disposition of relator's motion to quash and motion to dismiss.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT